KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
EMILY J. KINGSTON (CSBN 185752)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7000
   Facsimile: (415) 436-6748
   E-mail: emily.kingston@usdoj.gov
**W. CARL HANKLA** (D.C. Bar No. 411665)
**GOUD P. MARAGANI**
Trial Attorneys, Tax Division
U.S. Department of Justice
   P.O. Box 683, Washington, D.C. 20044
   Telephone: (202) 307-6448
   Facsimile : (202) 307-0054
   E-mail: w.carl.hankla@usdoj.gov; goud.p.maragani@usdoj.gov

Attorneys for Defendant and Plaintiff on
Counterclaim United States of America

**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant and<br>    Plaintiff on Counterclaim,<br>    v.<br><br>NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS,<br><br>    Defendants on<br>    Counterclaim. | Case No. C-03-4518 JW EAI<br><br><br><br><br><br><br>**STIPULATED REQUEST<br>FOR CONTINUANCE OF VARIOUS<br>DATES AND [Proposed] ORDER** |

      IT IS HEREBY STIPULATED, AGREED AND REQUESTED by and between the parties to this federal tax refund action, as reflected by the signatures of their respective counsel appearing below, that the dates currently set for the following events be continued as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Identification of Experts, Written Expert Reports | September 9, 2005 | March 10, 2006 |
| Rebuttal Expert Reports | September 20, 2005 | March 21, 2006 |
| Hearing on Objections re Experts | November 7, 2005, at 9:00 a.m. | May 8, 2006, at 9:00 a.m. |
| Discovery Cutoff | November 14, 2005 | May 15, 2006 |
| Hearing on Dispositive Motions | November 28, 2005, at 9:00 a.m. | June 5, 2006, at 9:00 a.m. |
| Mediation Deadline | December 16, 2005 | June 23, 2006 |
| Pretrial Papers and Motions in Limine Due | April 7, 2006 | October 9, 2006 |
| Initial Pretrial Conference | April 17, 2006, at 10:00 a.m. | October 16, 2006 |
| Oppositions to Motions in Limine | April 28, 2006 | October 27, 2006 |
| Final Pretrial Conference | May 8, 2006, at 3:00 p.m. | November 6, 2006, at 3:00 p.m. |
| Trial Date | May 23, 2006, at 9:00 a.m. | December 5, 2006, at 9:00 a.m. (10 trial days estimated) |

The grounds for this stipulated request are as follows:

1. As described in the Joint Case Management Statement, this is a federal income tax refund suit regarding the deductibility of a $68 million capital loss the plaintiffs claimed on their 2000 return. The loss is attributable to a Custom Adjustable Rate Debt Structure ("CARDS") transaction. The government contends that CARDS is an abusive tax shelter and that the loss deduction is improper. The plaintiffs seek a refund of $14,454,664, and the government has counterclaimed for a $5.7 million accuracy-related penalty.

2. The facts of this case are complicated, and discovery is expected to be time-consuming.

3. No CARDS tax shelter case has yet been litigated to resolution. The outcome of this case may reduce or avoid similar litigation. Accordingly, it would be in the interest of judicial economy to thoroughly develop the facts in this case.

*Stipulated Request to Continue Dates*
*and [Proposed] Order*
*Case No. C-03-4518 JW EAI*                    2

4.      Pursuant to 26 U.S.C. § 7422(e), discovery was stayed for approximately five months beginning August 3, 2004, when the Internal Revenue Service issued the plaintiffs a Statutory Notice of Deficiency pursuant to 26 U.S.C. § 6212.  Under Section 7422(e), all proceedings in this action were stayed during the period within which the plaintiffs could have filed a petition with the United States Tax Court for a redetermination of the asserted deficiency, plus an additional 60 days.  (If the plaintiffs had filed such a petition, this Court would have been divested of jurisdiction over the subject matter of the case.)

5.      In February 2005, after the statutory stay was lifted, the parties filed their first Stipulated Request for Continuance of Various Dates.

6.      In March 2005, the parties met and conferred in an attempt to resolve the $5.7 million penalty.  The plaintiffs contend that the penalty should be waived because of their alleged compliance with an IRS tax shelter disclosure initiative (Announcement 2002-2).  The Justice Department requested the Service to revisit the penalty issue.  On July 15, 2005, the Service provided its views, which the Justice Department is currently reviewing.

7.      In April 2005, the plaintiff in a CARDS-related RICO case, *Reese M. Jones v. Deutsche Bank, et al.*, Case No. 04-5357 JW, filed a motion to consolidate his case with the instant case for discovery purposes.  The government and the defendants in *Jones* opposed the motion, which was argued on June 6, 2006.  The Court's decision, which may have an effect on how future discovery in this case is conducted, is pending.

8.      Experts have been or will be retained by the parties to offer opinions based in part on the facts as developed in discovery.

9.      The government intends to gather evidence from witnesses in the United Kingdom who were involved in the CARDS transaction at issue.  International evidence gathering often takes several months to complete due, to a large extent, to limits placed on such discovery by treaties and other agreements.  Arrangements are being made to retain a solicitor to assist in this process.

1    10.    Subpoenas duces tecum served by the government on third parties recently have
2  produced thousands of documents, and thousands more are expected.  Litigation may be
3  necessary regarding anticipated privilege claims.
4    11.    The continuance of the deadlines for the above-referenced events as requested
5  herein will conserve the parties' and the Court's resources by allowing the parties sufficient time
6  in which to conduct the discovery needed before this complicated action will be ready for
7  resolution through either settlement or trial.  Accordingly, the parties respectfully request that the
8  Court continue the dates in this case as set forth above.

McDERMOTT, WILL & EMERY

Dated:  July 27, 2005      /s/ Mark H. Churchill
CHRISTOPHER KLIEFOTH
MARK H. CHURCHILL
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: 202.756.8000
Facsimile: 202.756.8087
Ckliefoth@mwe.com
Mchurchill@mwe.com
Attorneys for NEAL M. DOUGLAS AND
CHRISTINE R. DOUGLAS


KEVIN V. RYAN
United States Attorney
JAY R. WEILL
Assistant U.S. Attorney, Chief, Tax Division
EMILY J. KINGSTON
Assistant U.S. Attorney

Dated:  July 28, 2005      /s/ W. Carl Hankla
W. CARL HANKLA
GOUD P. MARAGANI
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
 Telephone: (202) 307-6448
 Facsimile : (202) 307-0054
 w.carl.hankla@usdoj.gov;
goud.p.maragani@usdoj.gov
Attorneys for Defendant and Plaintiff on
Counterclaim UNITED STATES OF AMERICA

**ORDER**

Pursuant to the Stipulation of the parties as set forth above, and for good cause shown,

**IT IS HEREBY ORDERED** that the dates set for the above-listed events are continued as listed above.

Dated: 8/2/05

/s/ James Ware
THE HONORABLE JAMES WARE
United States District Judge