KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
 Facsimile: (415) 436-6748
W. CARL HANKLA (DCBN 411665)
JOSEPH A. SERGI (DCBN 480837)
Trial Attorneys, Tax Division
U.S. Department of Justice
 P.O. Box 683
 Washington, D.C. 20044
 Telephone: (202) 307-6448
 Facsimile : (202) 307-0054)
 joseph.a.sergi@usdoj.gov
Attorneys for Defendant and Plaintiff on
Counterclaim United States of America

*IT IS SO ORDERED*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant and Plaintiff on Counterclaim, <br><br> v. <br><br> NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS, <br><br> Defendants on Counterclaim. | Case No. C-03-4518 JW EAI <br><br> ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE EX PARTE AND UNDER SEAL THE DECLARATION OF SHIRAH NEIMAN FILED IN SUPPORT OF PLAINTIFF'S MOTION TO STAY PROCEEDINGS |

Pursuant to Rule 79-5(b) of the Civil Local Rules for the Northern District of California, the United States hereby moves for an order authorizing the United States to file ex parte and under seal the non-public Declaration of Shirah Neiman to be filed in support of the defendant's motion to stay proceedings in this case (a separate, public declaration is also being filed in support of the motion). For the reasons discussed in the Declaration of Joseph A. Sergi filed in

1657024.1

1  support of this motion, the United States requests that this material be filed ex parte and sealed
2  because it reveals matters that occurred before the grand jury, within the meaning of
3  Fed.R.Crim.P. 6(e), and gathered during a criminal investigation, the disclosure of which would
4  compromise an ongoing criminal investigation and trial.  <u>United States v. Stein, et al.</u> (No. S1 05
5  Cr. 888, S.D. N.Y.).  Counsel for the plaintiffs has advised that the plaintiffs do not object to the
6  ex parte filing of the Neiman Declaration under seal.

7        Accordingly, the United States respectfully requests that the Court sign the accompanying
8  sealing order.

                                            Respectfully submitted,

                                            KEVIN V. RYAN
                                            United States Attorney

                                            CYNTHIA STIER
                                            Assistant U.S. Attorney

                            By:  */s/ Joseph A. Sergi*
                                            **W. CARL HANKLA**
                                            **JOSEPH A. SERGI**
                                            **GOUD P. MARAGANI**
                                            **JUSTIN S. KIM**
                                            Trial Attorneys, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 683
                                            Ben Franklin Station
                                            Washington, DC 20044
                                            Telephone:  (202) 305-0868

                                                      ORDER

      Good cause appearing therefor, IT IS HEREBY ORDERED THAT the Declaration of Shirah Neiman submitted in support of the respondent's Motion to Stay Proceedings is to be filed ex parte and maintained under seal until further order of the Court.  Neither the respondent nor the Clerk shall provide copies of the Neiman Declaration to the plaintiffs.

IT IS SO ORDERED.

DATED: 05/03/06                              _/s/ James Ware_____
                                             United States District Judge

Administrative Motion and
[Proposed] Order in C-03-4518 JW EAI

1657024.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Administrative Motion and
[Proposed] Order in C-03-4518 JW EAI

1657024.1