1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER
4  Assistant United States Attorney
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-7000
6      Facsimile: (415) 436-6748
   **W. CARL HANKLA** (D.C. Bar No. 411665)
7  **JOSEPH A. SERGI**
   **GOUD P. MARAGANI**
8  **JUSTIN S. KIM**
   Trial Attorneys, Tax Division
9  U.S. Department of Justice
       P.O. Box 683, Washington, D.C. 20044
10     Telephone: (202) 307-6448
       Facsimile : (202) 307-0054
11     E-mail: w.carl.hankla@usdoj.gov

12 Attorneys for Defendant and Plaintiff on
   Counterclaim United States of America
13
                    UNITED STATES DISTRICT COURT
14                 NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
15
   NEAL M. DOUGLAS and CHRISTINE R.   )
16 DOUGLAS,                            )
                                        )   Case No. C-03-4518 JW RS
17          Plaintiffs,                 )
                                        )
18      v.                              )
                                        )
19 UNITED STATES OF AMERICA,            )
                                        )
20          Defendant and               )
            Plaintiff on Counterclaim,  )   **STIPULATED REQUEST**
21      v.                              )   **AND [Proposed] ORDER**
                                        )   **TO REMOVE CASE FROM**
22                                      )   **ADR PROGRAM**
   NEAL M. DOUGLAS and CHRISTINE R.     )
23 DOUGLAS,                             )
                                        )
24          Defendants on               )
            Counterclaim.               )
25 _____)

26

27

28

Stipulated Request and Order
to Remove Case from ADR Program
Case No. C-03-4518 JW RS                    1

*IT IS SO ORDERED*
*Judge James Ware*

IT IS HEREBY STIPULATED AND AGREED:

1. In light of the United States' pending Motion for Stay of Depositions, Trial, and Other Activity (Except Document Discovery) Pending Completion of Stein Criminal Tax Shelter Case in S.D.N.Y., which is set for hearing on Monday, June 12, 2006, the mediation session scheduled for June 13, 2006 before Aaron Greenberg should be cancelled, and no mediation statements need be prepared and served.

2. Having conferred with each other and the mediator, the parties believe that this case is not appropriate for future mediation or other alternative dispute resolution procedures. Legal precedent is needed with respect to issues such as the validity of the CARDS tax shelter for federal tax purposes. Further, given the nature of this case and the amount of money involved (the plaintiff seeks a refund of over $14 million, and the government has counterclaimed for a $5.7 million penalty plus interest), any settlement would have to be considered and approved by senior government officials within the Justice Department and the Internal Revenue Service, and possibly by the Joint Committee on Taxation.

3. Accordingly, this case should be removed from the Court's Alternative Dispute Resolution Program and Aaron Greenberg should be discharged from further duties as mediator in this case.

Dated: May 23, 2006

McDERMOTT, WILL & EMERY LLP

 */s/ Mark H. Churchill*
CHRISTOPHER KLIEFOTH
MARK H. CHURCHILL
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: 202.756.8000
Facsimile: 202.756.8087
Ckliefoth@mwe.com
Mchurchill@mwe.com
Attorneys for NEAL M. DOUGLAS AND CHRISTINE R. DOUGLAS

| | |
|---|---|
| | KEVIN V. RYAN |
| | United States Attorney |
| | JAY R. WEILL |
| | Assistant U.S. Attorney, Chief, Tax Division |
| | CYNTHIA STIER |
| | Assistant U.S. Attorney |
| Dated: May 23, 2006 | /s/ W. Carl Hankla |
| | W. CARL HANKLA |
| | JOSEPH A. SERGI |
| | GOUD P. MARAGANI |
| | JUSTIN S. KIM |
| | Trial Attorneys, Tax Division |
| | U.S. Department of Justice |
| | P.O. Box 683, Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: (202) 307-6448 |
| | Facsimile : (202) 307-0054 |
| | w.carl.hankla@usdoj.gov; |
| | Attorneys for Defendant and Plaintiff on Counterclaim UNITED STATES OF AMERICA |

**ORDER**

Pursuant to the Stipulation of the parties as set forth above, and for good cause shown,

**IT IS HEREBY ORDERED** that (1) the mediation session scheduled for June 13, 2006 before Aaron Greenberg should be cancelled, and no mediation statements need be prepared and served; and (2) this case should be removed from the Court's Alternative Dispute Resolution Program and Aaron Greenberg should be discharged from further duties as mediator in this case.

Dated: 05/25/06

/s/ James Ware
THE HONORABLE JAMES WARE
United States District Judge

Stipulated Request and Order
to Remove Case from ADR Program
Case No. C-03-4518 JW RS           3