IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Neal Douglas, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>United States Of America, et al.<br><br>      Defendants.<br>_____/ | NO. C 03-04518 JW<br><br>**ORDER RESETTING STATUS CONFERENCE RE: UNITED STATES' MOTION** |

      Please take note that on the Court's own motion, the status conference on the United States' Motion for Stay of Depositions, presently scheduled for July 10, 2006 at 9 a.m. is reset to **10 a.m.** The parties shall meet and confer, and file a joint statement, no later than ten (10) days before the date of the conference, updating the Court on the various issues discussed during the last case management conference/hearing on the motion.

Dated: June 26, 2006

                                                      JAMES WARE<br>
                                                      United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher Kliefoth ckliefoth@mwe.com
Cynthia Lewis Stier cynthia.stier@usdoj.gov
Daniel E. Alberti dalberti@mwe.com
Emily J. Kingston Emily.Kingston@usdoj.gov
Goud Maragani Goud.P.Maragani@usdoj.gov
Jay R. Weill jay.weill@usdoj.gov
Joseph A Sergi joseph.a.sergi@usdoj.gov
Marika Lancaster Marika.E.Lancaster@usdoj.gov
Mark Hunter Churchill mchurchill@mwe.com
William Carl Hankla w.carl.hankla@usdoj.gov
William M. Lukens wlukens@lukenslaw.com

**Dated:   June 26, 2006**                        **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Melissa Peralta**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California