1  **KEVIN V. RYAN (CSBN 118321)**
   United States Attorney
2  **JAY R. WEILL (CSBN 75434)**
   Assistant United States Attorney
3  Chief, Tax Division
   **CYNTHIA STIER**
4  Assistant United States Attorney
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102
     Telephone: (415) 436-7000
6    Facsimile: (415) 436-6748
   **W. CARL HANKLA (D.C. Bar No. 411665)**
7  **JOSEPH A. SERGI**
   **GOUD P. MARAGANI**
8  **JUSTIN S. KIM**
   Trial Attorneys, Tax Division
9  United States Department of Justice
     P.O. Box 683, Ben Franklin Station
10   Washington, D.C. 20044
     Telephone: (202) 307-6448
11   Facsimile : (202) 307-0054
     w.carl.hankla@usdoj.gov
12 Attorneys for Defendant and Plaintiff on
   Counterclaim United States of America

13

14              IN THE UNITED STATES DISTRICT COURT FOR THE

15                  NORTHERN DISTRICT OF CALIFORNIA

16                         SAN JOSE DIVISION

17
   NEAL M. DOUGLAS and CHRISTINE R.      )
18 DOUGLAS,                              )
                                         )  Case No. C-03-4518 JW RS
19              Plaintiffs,              )
                                         )
20      v.                               )  STIPULATED REQUEST FOR ORDER
                                         )  EXTENDING DISCOVERY ON
21 UNITED STATES OF AMERICA,             )  SPECIFIED ASPECTS OF THE
                                         )  ACCURACY-RELATED PENALTY
22              Defendant and            )  COUNTERCLAIM AND [PROPOSED]
                Plaintiff on Counterclaim, )  ORDER
23      v.                               )
                                         )
24 NEAL M. DOUGLAS and CHRISTINE R.      )
   DOUGLAS,                              )
25                                       )
                Defendants on            )
26              Counterclaim.            )
                                         )
27 _____

28

**STIPULATION**
**Case No. C03-04518 JW RS**                    1

WHEREAS, on July 7, 2006, the Court entered an Order setting the following deadlines in the above-captioned matter: (1) Initial Discovery[1] deadline on specified aspects of the accuracy-related penalty counterclaim under 26 U.S.C. § 6662 set for October 31, 2006, (2) summary judgment motion deadline on the specified aspects of accuracy-related penalty counterclaim under 26 U.S.C. § 6662 set for November 30, 2006, and (3) hearing on summary judgment motions related to the specified aspects of accuracy-related penalty counterclaim under 26 U.S.C. § 6662 set for January 8, 2007 at 9:00 a.m.

WHEREAS, the government and Plaintiffs (collectively, "the Parties") agree that an extension of the deadlines related to the specified aspects of the accuracy-related penalty counterclaim under 26 U.S.C. § 6662 is necessary in this case;

WHEREAS, the Parties have agreed to the following extensions of time to the deadlines related to the specified aspects of the accuracy-related penalty counterclaim under 26 U.S.C. § 6662;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the Parties, subject to the Court's approval, that:

The following schedule for discovery and briefing on that portion of the accuracy-related penalty excepted from the stay applies:

| **Event** | **Requested Deadline** |
| --- | --- |
| End of Initial Discovery on specified aspects accuracy-related penalty counterclaim (under IRC § 6662) | January 5, 2007 |
| Summary judgment motion deadline for specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) (30 days from close of discovery) | February 5, 2007 |
| Hearing on summary judgment motions related to specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) | To be set by the Court. |

[1] The Initial Discovery period was created for the Plaintiffs and the government to litigate specified aspects of the government's accuracy-related penalty counterclaim (as determined by this Court's order adopting the stipulation of the Parties).  Other document discovery is deemed ongoing during the pendency of the stay.

1

The Parties have included a [~~Proposed~~] Order for the Court's consideration.

2

3    Attorneys for UNITED STATES OF AMERICA

4    KEVIN V. RYAN
     United States Attorney
5    JAY R. WEILL
     Assistant U.S. Attorney, Chief, Tax Division
6    CYNTHIA STIER
     Assistant U.S. Attorney
7
     _/s Joseph A. Sergi_____
8    W. CARL HANKLA
     JOSEPH A. SERGI
9    GOUD P. MARAGANI
     JUSTIN S. KIM
10   Trial Attorneys, Tax Division
     U.S. Department of Justice
11   P.O. Box 683, Ben Franklin Station
     Washington, D.C. 20044
12   Telephone: (202) 307-6448
     Facsimile : (202) 307-0054
13   w.carl.hankla@usdoj.gov;

14

15   Attorneys for NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS

16

17   _/s Mark H. Churchill_____
18   Christopher Kliefoth (admitted *pro hac vice*)
     Mark H. Churchill (admitted *pro hac vice*)
19   MCDERMOTT WILL & EMERY LLP
     600 13th Street, N.W.
20   Washington, DC  20005
     (202) 756-8000 – Telephone
21   (202) 756-8087 – Facsimile

22

23   Daniel E. Alberti (CSBN 68620)
24   MCDERMOTT WILL & EMERY LLP
     3150 Porter Drive
25   Palo Alto, CA  94303-1212
     (650) 813-5000 – Telephone
26   (650) 813-5100 – Facsimile

27

28

## [~~PROPOSED~~] ORDER

It is ORDERED, that those matters excepted from the stay (pursuant to the Court's Order dated July 7, 2006) as adjudged above are subject to the following schedule:

### Event                                                              Deadline

| Event | Deadline |
|---|---|
| End of Initial Discovery on specified aspects accuracy-related penalty counterclaim (under IRC § 6662) | January 5, 2007 |
| Summary judgment motion deadline for specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) | February 5, 2007 |
| Hearing on summary judgment motions related to specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) | To be set by the Court. |

Dated: October 25, 2006

_____
Honorable James Ware
United States District Judge

STIPULATION
Case No. C03-04518 JW RS                                            4