Daniel E. Alberti (State Bar No. 68620)
**McDERMOTT, WILL & EMERY**
3150 Porter Drive
Palo Alto, CA  94304
Telephone:  (650) 813-5000
Facsimile:  (650) 813-5100

*Pro Hac Vice*:
Christopher Kliefoth
Mark H. Churchill
**McDERMOTT WILL & EMERY LLP**
600 13th Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 756-8000
Facsimile:  (202) 756-8087

Attorneys for Plaintiffs and Counterclaim Defendants,
**NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant and Plaintiff on Counterclaim,<br><br>　　v.<br><br>NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS,<br><br>　　　　Defendant on Counterclaim. | CASE NO. C03-04518 JW RS<br><br>ELECTRONIC CASE FILING<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY SCHEDULE ON SPECIFIED ASPECTS OF THE ACCURACY-RELATED PENALTY AND [~~PROPOSED~~] ORDER** |

STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY ON SPECIFIED ASPECTS OF THE ACCURACY-RELATED PENALTY AND [~~PROPOSED~~] ORDER

CASE NO. C-03-04518 JW-RS

1  WHEREAS, on October 25, 2006, the Court entered an Order granting the stipulated request of the United States and Plaintiffs (collectively, "the Parties") for an extension of the following deadlines in the above-captioned matter: (1) Initial Discovery[1] deadline on specified aspects of the accuracy-related penalty counterclaim under 26 U.S.C. § 6662, (2) summary judgment motion deadline on the specified aspects of accuracy-related penalty counterclaim under 26 U.S.C. § 6662, and (3) hearing on summary judgment motions related to the specified aspects of accuracy-related penalty counterclaim under 26 U.S.C. § 6662;

WHEREAS on December 1 and December 8, 2006, the United States produced privilege logs related to Plaintiffs' discovery requests, which logs cover, in total, hundreds of pages of entries of withheld and redacted documents;

WHEREAS Plaintiffs have informed the United States that they will be challenging certain claims of privilege asserted by the United States including, in particular, certain assertions of the deliberative process privilege, which comprise a significant portion of the United States' privilege logs;

WHEREAS Plaintiffs' analysis of the United States' privilege logs is ongoing and may lead to their filing a motion to compel pursuant to Federal Rule of Civil Procedure 37;

WHEREAS Plaintiffs cannot proceed with deposition discovery until they have received all responsive discovery to their discovery requests, and, therefore, must reach a resolution on any privilege challenges before undertaking and completing deposition discovery;

WHEREAS the United States has acknowledged Plaintiffs' position and also has suspended further deposition discovery during the Initial Discovery period so that any additional depositions will coincide with those taken by Plaintiffs;

WHEREAS, the Parties thus agree that a further extension is required of the above-noted deadlines related to specified aspects of the accuracy-related penalty counterclaim;

---

[1] The Initial Discovery period was created for the Plaintiffs and the government to litigate specified aspects of the government's accuracy-related penalty counterclaim (as determined by this Court's order adopting the stipulation of the Parties). Other document discovery is deemed ongoing during the pendency of the stay.

STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY ON SPECIFIED ASPECTS OF THE ACCURACY-RELATED PENALTY AND [PROPOSED] ORDER

2

CASE NO. C-03-04518 JW-RS

1   WHEREAS, other than the Initial Discovery period for specified aspects of the accuracy-related penalty counterclaim and other ongoing document discovery, this matter remains on stay pending completion of the *Stein* criminal tax shelter case in the United States District Court for the S.D.N.Y. (Kaplan, J.);

WHEREAS the *Stein* trial is currently scheduled to commence on September 17, 2007, and, accordingly, the Parties submit that this stipulated request for an extension of dates related to litigation of the specified aspects of the accuracy-related penalty counterclaim will not result in undue delay of this proceeding;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the Parties, subject to the Court's approval, that:

The following schedule for discovery and briefing on that portion of the accuracy-related penalty excepted from the stay applies:

| **Event** | **Current Deadline** | **Requested Deadline** |
|---|---|---|
| End of Initial Discovery on specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) | January 5, 2007 | The later of March 30, 2007, or ~~30~~ 60 days after this Court's ruling on any motion to compel brought by Plaintiffs related to the United States' privilege claims (described herein) 60 |
| Summary judgment motion deadline for specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) | February 5, 2007 | ~~30~~ days following the close of Initial Discovery<br><br>June 04 2007 @ 9:00 AM |
| Hearing on summary judgment motions related to specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) | March 5, 2007 | ~~To be set by Court~~ |

The Parties have included a [Proposed] Order for the Court's consideration.

STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY ON SPECIFIED ASPECTS OF THE ACCURACY-RELATED PENALTY AND [~~PROPOSED~~] ORDER

3

CASE NO. C-03-04518 JW-RS

Respectfully submitted,

*Attorneys for Plaintiffs Neal M. Douglas and Christine R. Douglas*

   /s/ Mark H. Churchill
Christopher Kliefoth (admitted *pro hac vice*)
Mark H. Churchill (admitted *pro hac vice*)
Eric S. Johnson (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005
(202) 756-8000 – Telephone
(202) 756-8087 – Facsimile


Daniel E. Alberti (CSBN 68620)
MCDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94303-1212
(650) 813-5000 – Telephone
(650) 813-5100 – Facsimile

Dated: January 4, 2007

*Attorneys for Defendant United States of America*

   /s/ W. Carl Hankla
W. Carl Hankla
Joseph A. Sergi
Goud P. Maragani
Justin S. Kim
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044
(202) 305-0868 – Telephone

---

STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY ON SPECIFIED ASPECTS OF THE ACCURACY-RELATED PENALTY AND [PROPOSED] ORDER

4

CASE NO. C-03-04518 JW-RS

**[PROPOSED] ORDER**

It is hereby ORDERED that those matters excepted from the stay (pursuant to the Court's Order dated July 7, 2006) as adjudged above are subject to the following schedule:

| Event | Deadline |
|---|---|
| End of Initial Discovery on specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) | The later of March 30, 2007, or ~~30~~ 60 days after this Court's ruling on any motion to compel brought by Plaintiffs related to the United States' privilege claims (described herein) |
| Summary judgment motion deadline for specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) | ~~30~~ 60 days following the close of Initial Discovery |
| Hearing on summary judgment motions related to specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) | ~~To be set by Court~~ June 04 2007 @ 9:00 AM |

Dated: January 05, 2007

_____
Honorable James Ware
United States District Judge

STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY ON SPECIFIED ASPECTS OF THE ACCURACY-RELATED PENALTY AND [~~PROPOSED~~] ORDER

5

CASE NO. C-03-04518 JW-RS

## CERTIFICATE OF SERVICE

I, Mark H. Churchill, an attorney with the law firm of McDermott Will & Emery LLP, hereby certify that a true and correct copy of the foregoing was served this 4th day of January 2007, on the service list established for this proceeding pursuant to L.R. 5-4 and the rules for electronic case filings in this District.

                                                          /s/ Mark H. Churchill

WDC99 1330589-1.066310.0011

STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY ON SPECIFIED ASPECTS OF THE ACCURACY-RELATED PENALTY AND [~~PROPOSED~~] ORDER

6

CASE NO. C-03-04518 JW-RS