UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant and Plaintiff on Counterclaim,<br><br>v.<br><br>NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS,<br><br>    Defendants on Counterclaim. | CASE NO. C03-04518 JW RS<br>ECF |

## [~~PROPOSED~~] ORDER

The Court, having considered Plaintiffs Neal M. Douglas and Christine R. Douglas' Administrative Motion to Seal Previously Filed Documents and the arguments contained therein, **GRANTS** the motion and hereby **ORDERS** that the documents identified in Exhibit A of same be sealed from public access.

The Court **FURTHER ORDERS** that once the redacted versions of the documents identified in Exhibit A are lodged with the Clerk, the Clerk shall replace the unredacted versions originally filed with the Court with the redacted versions.

The Court **FURTHER ORDERS** that the unredacted versions of the document in Exhibit A, once replaced with redacted versions, shall be deemed documents filed under seal pursuant to Local Civil Rule 79-5(c).

[~~PROPOSED~~] ORDER                                                          (No. C03-04518 JW RS)

1
2
3     Date:  2/12/2007
4
SO ORDERED,

*James Ware*

Honorable James Ware
United States District Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

[PROPOSED] ORDER                                       - 2 -                                    (NO. C03-04518 JW RS)

## CERTIFICATE OF SERVICE

I, Eric S. Johnson, hereby certify that a true and correct copy of the foregoing was served this 1st day of February 2007, on the service list established for this proceeding pursuant to L.R. 5-4 and the rules for electronic case filings in this District.

> W. Carl Hankla, Esq.
> Trial Attorney, Tax Division
> United States Department of Justice
> P.O. Box 683, Ben Franklin Station
> Washington, DC  20044

/s/ Eric S. Johnson
Eric S. Johnson