Daniel E. Alberti (State Bar No. 68620)
**McDERMOTT, WILL & EMERY**
3150 Porter Drive
Palo Alto, CA  94304
Telephone:  (650) 813-5000
Facsimile:  (650) 813-5100

*Pro Hac Vice*:
Christopher Kliefoth
Mark H. Churchill
Eric S. Johnson
**McDERMOTT WILL & EMERY LLP**
600 13th Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 756-8000
Facsimile:  (202) 756-8087

Attorneys for Plaintiffs and Counterclaim Defendants,
**NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant and Plaintiff on Counterclaim,<br><br>v.<br><br>NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS,<br><br>Defendants on Counterclaim. | CASE NO. C03-04518 JW RS<br><br>ELECTRONIC CASE FILING<br><br>**STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY SCHEDULE ON SPECIFIED ASPECTS OF THE ACCURACY-RELATED PENALTY AND [PROPOSED] ORDER** |

| | |
|---|---|
| STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY ON SPECIFIED ASPECTS OF THE ACCURACY-RELATED PENALTY AND [PROPOSED] ORDER | CASE NO. C-03-04518 JW-RS |

1  WHEREAS, on October 25, 2006, and again on January 5, 2007, the Court entered
2  Orders granting stipulated requests of the United States and Plaintiffs (collectively, "the Parties")
3  for extensions of the following deadlines in the above-captioned matter: (1) Initial Discovery[1]
4  deadline on specified aspects of the accuracy-related penalty counterclaim under 26 U.S.C. §
5  6662, (2) summary judgment motion deadline on the specified aspects of accuracy-related penalty
6  counterclaim under 26 U.S.C. § 6662, and (3) hearing on summary judgment motions related to
7  the specified aspects of accuracy-related penalty counterclaim under 26 U.S.C. § 6662;
8  WHEREAS in response to Plaintiffs' requests for the production of documents under Fed.
9  R. Civ. P. 34, the United States has provided Plaintiffs with documents and to date, six privilege
10 logs totaling nearly 400 pages, which required extensive review and analysis by Plaintiffs to
11 determine if the asserted privileges were applicable;
12 WHEREAS, the Plaintiffs' need to review the United States' privilege logs and, in
13 particular, the United States' extensive assertion of the deliberative process privilege, led the
14 Parties to seek by stipulated request dated January 5, 2007, the most recent extension of the
15 schedule for Initial Discovery and briefing on certain accuracy-related penalty issues;
16 WHEREAS the Initial Discovery period was extended by order of this Court to the latter
17 of March 30, 2007 or sixty days from this Court's ruling on any motion brought by Plaintiffs to
18 compel the production of documents withheld under the United States' privilege claims;
19 WHEREAS the Parties' have worked diligently and in good faith to resolve certain
20 disputed deliberative privilege process claims during the period from January 5, 2007 to date;
21 WHEREAS since the last requested extension of January 5, 2007, the pendency of
22 various challenges by Plaintiffs to privilege claims by the United States led both parties to
23 suspend the taking of any deposition discovery to this point;

---

[1] The Initial Discovery period was created for the Plaintiffs and the government to litigate specified aspects of the government's accuracy-related penalty counterclaim (as determined by this Court's order adopting the stipulation of the Parties). Document discovery related to the accuracy-related counterclaim is deemed ongoing during the pendency of the stay.

STIPULATED REQUEST FOR ORDER EXTENDING    2    CASE NO. C-03-04518 JW-RS
DISCOVERY ON SPECIFIED ASPECTS OF THE
ACCURACY-RELATED PENALTY AND
[PROPOSED] ORDER

McDERMOTT, WILL & EMERY
ATTORNEYS AT LAW

1   WHEREAS, the Parties have sufficiently resolved a number of challenges made to date related to the United States' assertion of the deliberative process privilege;

3   WHEREAS, most recently on March 27 and March 28, 2007, the Parties met and conferred regarding outstanding issues related to the Plaintiffs' privilege challenges and determined that no issues were ripe for a motion to compel;

6   WHEREAS, Plaintiffs do not waive any right to challenge the privilege assertions of the United States but also do not require the further suspension of deposition discovery pending resolution of certain challenges on privilege;

9   WHEREAS, the Parties agree that an additional extension of sixty days in the Initial Discovery period is necessary in order to permit the additional document and deposition discovery that remains, as well as any necessary motions practice;

12  WHEREAS, the Parties agree that the last day to file any discovery motions will be extended to the last day of the Initial Discovery period as set by the Court's order;

14  WHEREAS, other than the Initial Discovery period for specified aspects of the accuracy-related penalty counterclaim and other ongoing document discovery, this matter remains on stay pending completion of the *Stein* criminal tax shelter case in the United States District Court for the S.D.N.Y. (Kaplan, J.);

18  WHEREAS the *Stein* trial is currently scheduled to commence on September 17, 2007, and, accordingly, the Parties submit that this stipulated request for an extension of dates related to litigation of the specified aspects of the accuracy-related penalty counterclaim will not result in undue delay of this proceeding;

22  NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the Parties, subject to the Court's approval, that:

24  In light of the foregoing, a new schedule is required.

STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY ON SPECIFIED ASPECTS OF THE ACCURACY-RELATED PENALTY AND [PROPOSED] ORDER

3

CASE NO. C-03-04518 JW-RS

MCDERMOTT, WILL & EMERY
ATTORNEYS AT LAW

The following revised schedule for discovery and briefing on that portion of the accuracy-related penalty excepted from the stay applies:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| End of Initial Discovery on specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) | The later of March 30, 2007, or 60 days after this Court's ruling on any motion to compel brought by Plaintiffs related to the United States' privilege claims (described herein) | June 1, 2007 |
| Summary judgment motion deadline for specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) | 60 days following the close of Initial Discovery | ~~30 days following the close of Initial Discovery as determined by the Court~~  July 2 2007 |
| Hearing on summary judgment motions related to specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) | June 4, 2007 @ 9:00 a.m. | ~~To be set by the Court~~ August 6 2007 @ 9:00 AM |

The Parties have included a [Proposed] Order for the Court's consideration.

Respectfully submitted,

*Attorneys for Plaintiffs Neal M. Douglas and Christine R. Douglas*

   /s/ Mark H. Churchill
Christopher Kliefoth (admitted *pro hac vice*)
Mark H. Churchill (admitted *pro hac vice*)
Eric S. Johnson (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005
(202) 756-8000 – Telephone
(202) 756-8087 – Facsimile

*Attorneys for Defendant United States of America*

   /s/ W. Carl Hankla
W. Carl Hankla
Joseph A. Sergi
Goud P. Maragani
Justin S. Kim
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044
(202) 305-0868 – Telephone

STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY ON SPECIFIED ASPECTS OF THE ACCURACY-RELATED PENALTY AND [PROPOSED] ORDER

4

CASE NO. C-03-04518 JW-RS

1  Daniel E. Alberti (CSBN 68620)
2  MCDERMOTT WILL & EMERY LLP
   3150 Porter Drive
3  Palo Alto, CA  94303-1212
   (650) 813-5000 – Telephone
4  (650) 813-5100 – Facsimile

5  Dated:  March 30, 2007

STIPULATED REQUEST FOR ORDER EXTENDING
DISCOVERY ON SPECIFIED ASPECTS OF THE
ACCURACY-RELATED PENALTY AND
[PROPOSED] ORDER

5

CASE NO. C-03-04518 JW-RS

# [~~PROPOSED~~] ORDER

It is hereby ORDERED that those matters excepted from the stay (pursuant to the Court's Order dated July 7, 2006) as adjudged above are subject to the following schedule:

| **Event** | **Deadline** |
|---|---|
| End of Initial Discovery on specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) | June 1, 2007 |
| Summary judgment motion deadline for specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) | ~~30 days following the close of Initial Discovery~~  July 2 2007 |
| Hearing on summary judgment motions related to specified aspects of the accuracy-related penalty counterclaim (under IRC § 6662) | ~~To be set by the Court~~ August 6 2007 @ 9:00 AM |

Dated: April 3, 2007

_____
Honorable James Ware
United States District Judge

STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY ON SPECIFIED ASPECTS OF THE ACCURACY-RELATED PENALTY AND [PROPOSED] ORDER

6

CASE NO. C-03-04518 JW-RS

McDERMOTT, WILL & EMERY
ATTORNEYS AT LAW

## CERTIFICATE OF SERVICE

I, Mark H. Churchill, an attorney with the law firm of McDermott Will & Emery LLP, hereby certify that a true and correct copy of the foregoing was served this 30th day of March 2007, on the service list established for this proceeding pursuant to L.R. 5-4 and the rules for electronic case filings in this District.

/s/ Mark H. Churchill

STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY ON SPECIFIED ASPECTS OF THE ACCURACY-RELATED PENALTY AND [PROPOSED] ORDER

7

CASE NO. C-03-04518 JW-RS