***E-FILED 10/22/07*️**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS,<br><br>    Plaintiffs,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.                                          / | NO. C 03-4518 JW (RS)<br><br>**ORDER AMENDING ORDER ENTERED OCTOBER 16, 2007** |

The reference on line 21 of page 1 of the Order filed on October 16, 2007 to "Internal Revenue Code section 6103" is hereby stricken and replaced with "Internal Revenue Code section 6662."

IT IS SO ORDERED.

Dated: October 22, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 03-4518 JW (RS)

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Daniel E. Alberti    dalberti@mwe.com, clovdahl@mwe.com

Mark Hunter Churchill    mchurchill@mwe.com

William Carl Hankla    w.carl.hankla@usdoj.gov, lisa.d.allen@usdoj.gov, western.taxcivil@usdoj.gov

Eric Stephen Johnson    ejohnson@mwe.com

Emily J. Kingston    ekingston@sideman.com

Christopher Kliefoth    ckliefoth@mwe.com

Marika Lancaster    Marika.E.Lancaster@usdoj.gov

William M. Lukens    wlukens@lukenslaw.com, cgladwin@lukenslaw.com, djoc@oconnellassociates.com, jenny@jonak.com, louis.pugh@yahoo.com

Goud Maragani    Goud.P.Maragani@usdoj.gov, western.taxcivil@usdoj.gov

Joseph A Sergi    joseph.a.sergi@usdoj.gov, Western.Taxcivil@usdoj.gov

Cynthia Lewis Stier    cynthia.stier@usdoj.gov

Jay Robert Weill    jay.weill@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 10/22/07**                           **Chambers of Judge Richard Seeborg**

                                              **By:    /s/ BAK**

ORDER
C 03-4518 JW (RS)

2