SCOTT N. SCHOOLS
United States Attorney
Chief, Tax Division
CYNTHIA STIER
Assistant United States Attorney
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
 Facsimile: (415) 436-6748
**W. CARL HANKLA** (D.C. Bar No. 411665)
**JOSEPH A. SERGI**
**GOUD P. MARAGANI**
**JUSTIN S. KIM**
Trial Attorneys, Tax Division
U.S. Department of Justice
 P.O. Box 683, Washington, D.C. 20044
 Telephone: (202) 307-6448
 Facsimile : (202) 307-0054
 E-mail: w.carl.hankla@usdoj.gov

Attorneys for Defendant and Plaintiff on
Counterclaim United States of America

IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant and<br>    Plaintiff on Counterclaim,<br>  v.<br><br>NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS,<br><br>    Defendants on<br>    Counterclaim. | Case No. C-03-4518 JW RS<br><br>STIPULATION AND ORDER ALLOWING UNITED STATES TO FILE DISPOSITIVE MOTION AS TO PLAINTIFFS' AFFIRMATIVE DEFENSES |

WHEREAS, in this income tax refund suit by Neal and Christine Douglas seeking over $15 million plus interest, the United States filed a counterclaim seeking, among other things, an accuracy-related penalty for as much as $5,727,474 plus interest;

WHEREAS, the Douglases have asserted "amnesty" and "abatement" affirmative defenses to the counterclaim;

WHEREAS the parties disagreed about the proper scope of discovery as to these affirmative defenses;

WHEREAS, the Douglases moved to compel the United States to respond to certain discovery requests and to produce certain witnesses for deposition, and the United States opposed the Douglases' motion and cross-moved for a protective order;

WHEREAS, the United States contended, among other things, that the Douglases' discovery should be barred because their abatement and amnesty affirmative defenses could be disposed of by summary judgment;

WHEREAS, on October 16, 2007, Magistrate Judge Richard Seeborg entered an Order Granting in Part and Denying in Part Motion to Compel and Motion for Protective Order (the "Discovery Order");

WHEREAS, the Discovery Order required the United States to respond to the Douglases' discovery as to the affirmative defenses (but not as to "similarly situated" taxpayers), but it also provided for a stay to allow the United States to raise its legal arguments before Judge James Ware in a dispositive motion:

> In light of the concerns raised by the United States, however, its obligation to produce documents or witnesses shall be stayed for 30 days. If, within those 30 days, the United States obtains leave to file, and does file, a dispositive motion addressing the merits of the Douglases' amnesty and abatement defenses, then the obligation to produce documents and witnesses shall automatically be stayed pending the earliest of: (1) entry of any order by the presiding judge denying such dispositive motion, (2) entry of any order by the presiding judge allowing discovery under Rule 56(f), or; (3) entry of any other order of the Court providing that the discovery should go forward.

WHEREAS, leave for the United States to file a dispositive motion addressing the merits of the amnesty and abatement affirmative defenses is required because the deadline for so doing expired on July 2, 2007, while the parties' discovery motions were pending;

WHEREAS, the parties have agreed that it would be in the interest of judicial economy to stipulate for leave for the United States to file its dispositive motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, that:

1. Consistent with the Discovery Order, the United States shall have leave to file, on or before November 15, 2007, a dispositive motion addressing the merits of the Douglases' "amnesty" and "abatement" affirmative defenses to the United States' counterclaim.

2. The Douglases do not waive their right to seek clarification and/or reconsideration of the Discovery Order.

McDERMOTT, WILL & EMERY LLP

Dated: October 31, 2007

/s/ Mark H. Churchill
CHRISTOPHER KLIEFOTH
MARK H. CHURCHILL
ERIC S. JOHNSON
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: 202.756.8000
Facsimile: 202.756.8087

Attorneys for NEAL M. DOUGLAS AND CHRISTINE R. DOUGLAS

SCOTT N. SCHOOLS
United States Attorney
CYNTHIA STIER
Assistant U.S. Attorney

Dated: October 31, 2007

/s/ W. Carl Hankla
W. CARL HANKLA
JOSEPH A. SERGI
GOUD P. MARAGANI
JUSTIN S. KIM
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6448
Facsimile : (202) 307-0054

Attorneys for Defendant and Plaintiff on Counterclaim UNITED STATES OF AMERICA

PURSUANT TO THE ABOVE STIPULATION, **IT IS SO ORDERED**.

The government's motion shall be noticed for hearing no earlier than January 28, 2008.

Dated: November 5, 2007

JAMES WARE
United States District Judge