SCOTT N. SCHOOLS
United States Attorney
Chief, Tax Division
CYNTHIA STIER
Assistant United States Attorney
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7000
  Facsimile: (415) 436-6748
**W. CARL HANKLA** (D.C. Bar No. 411665)
**JOSEPH A. SERGI**
**GOUD P. MARAGANI**
**JUSTIN S. KIM**
Trial Attorneys, Tax Division
U.S. Department of Justice
  P.O. Box 683, Washington, D.C. 20044
  Telephone: (202) 307-6448
  Facsimile : (202) 307-0054
  E-mail: w.carl.hankla@usdoj.gov

Attorneys for Defendant and Plaintiff on
Counterclaim United States of America

*[Seal: United States District Court, Northern District of California. Stamp: "IT IS SO ORDERED AS MODIFIED" signed Judge James Ware]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant and<br>    Plaintiff on Counterclaim,<br>  v.<br><br>NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS,<br><br>    Defendants on<br>    Counterclaim. | Case No. C-03-4518 JW RS<br><br>STIPULATION AND ORDER EXTENDING TIME FOR U.S. TO FILE NOTICE OF HEARING AS TO ITS MOTION FOR PARTIAL SUMMARY JUDGMENT |

    WHEREAS, this case involves Neal and Christine Douglas's complaint for refund of income tax in excess of $15 million plus interest, and the United States' counterclaim seeking, among other things, an accuracy-related penalty for as much as $5,727,474 plus interest;

Stipulation and Order Re Extension
to File Notice of Hearing
Case No. C-03-4518 JW RS    1

WHEREAS, the Douglases have asserted "amnesty" and "abatement" affirmative defenses to the counterclaim;

WHEREAS, except for litigation as to these affirmative defenses, this case has been stayed pending the outcome of a criminal tax proceeding in the S.D.N.Y, United States v. Stein, No. CR 05-888, pursuant to the Court's Order Granting in Part and Denying in Part United States' Motion for Stay; Vacating Order to Consolidate, entered on July 17, 2006;

WHEREAS, on November 15, 2007, in accordance with a deadline established by a stipulated order entered on November 5, 2007, the United States timely filed its United States' Motion for Partial Summary Judgment Disposing of Affirmative Defenses to Counterclaim, noting it for hearing on January 28, 2008;

WHEREAS, on December 22, 2007, the United States filed its United States' Notice of Continuance of Hearing on Motion for Partial Summary Judgment from January 28, 2008 to April 7, 2008;

WHEREAS, on January 2, 2008, the Court appended an order to the United States' Notice of Continuance of Hearing on Motion for Partial Summary Judgment from January 28, 2008 to April 7, 2008, which order provides in full:

* * * ORDER * * *

In light of the government's notice of continuance of hearing of its Motion for Partial Summary Judgment re: Affirmative Defenses, the Court deems the current motion as withdrawn in an effort to clear its docket–as the motion was originally filed on November 15, 2007. The government shall renotice its motion in accordance with the Local Civil Rules of Court (35 days before the date of the hearing).

WHEREAS, the United States did not renotice its motion for hearing on April 7, 2008 because the parties were (and still are ) engaged in settlement discussions which, if successful, will resolve the complaint and counterclaim and result in a complete dismissal of this action;

WHEREAS, the United States needs additional time to consider a written settlement offer the Douglases made on February 20, 2008 (under the circumstances of this case, if this offer or an amended version thereof receives a favorable recommendation from the Justice Department, Tax Division, Civil Trial Section, Western Region, it would also need to receive a favorable

recommendation from the Tax Division's Office of Review; then, final authority to accept the offer would rest with the Associate Attorney General of the United States).

WHEREAS, the United States wishes to reserve the right to renote its pending motion for partial summary judgment in the event the parties' settlement discussions are not successful.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the United States shall have an extension of time through **May 9, 2008** in which to file a new notice of hearing on its pending motion for partial summary judgment. If such a notice of hearing is filed, the new hearing date set forth therein shall be **June 16, 2008**.

McDERMOTT, WILL & EMERY LLP

Dated: March 7, 2008
/s/ Mark H. Churchill
CHRISTOPHER KLIEFOTH
MARK H. CHURCHILL
ERIC S. JOHNSON
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Attorneys for NEAL M. DOUGLAS AND CHRISTINE R. DOUGLAS

SCOTT N. SCHOOLS
United States Attorney
CYNTHIA STIER
Assistant U.S. Attorney

Dated: March 6, 2008
/s/ W. Carl Hankla
W. CARL HANKLA
JOSEPH A. SERGI
GOUD P. MARAGANI
JUSTIN S. KIM
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6448
Facsimile : (202) 307-0054

Attorneys for Defendant and Plaintiff on Counterclaim UNITED STATES OF AMERICA

Stipulation and Order Re Extension
to File Notice of Hearing
Case No. C-03-4518 JW RS                 3

**\*\*\* ORDER \*\*\***

To accommodate the parties' settlement efforts, the Court GRANTS the above Stipulation. However, since this is a 2003 case, the Court has a strong interest in clearing it from the Court's docket. Accordingly, the parties shall in good faith reduce their settlement in writing between now and the government's deadline for renoticing its dispositive motion on **May 9, 2008**. The hearing on the government's Motion for Summary Judgment is set for **June 16, 2008 at 9 A.M.** The parties may not Stipulate to a different hearing date.

Dated: March 17, 2008              _____
                                    JAMES WARE
                                    United States District Judge