JOSEPH P. RUSSONIELLO
United States Attorney
TOM MOORE
Chief, Tax Division
CYNTHIA STIER
Assistant United States Attorney
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7000
  Facsimile: (415) 436-6748
**W. CARL HANKLA** (D.C. Bar No. 411665)
**JOSEPH A. SERGI**
**GOUD P. MARAGANI**
**JUSTIN S. KIM**
Trial Attorneys, Tax Division
U.S. Department of Justice
  P.O. Box 683, Washington, D.C. 20044
  Telephone: (202) 307-6448
  Facsimile : (202) 307-0054
  E-mail: w.carl.hankla@usdoj.gov

Attorneys for Defendant and Plaintiff on
Counterclaim United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant and Plaintiff on Counterclaim, <br><br> v. <br><br> NEAL M. DOUGLAS and CHRISTINE R. DOUGLAS, <br><br> Defendants on Counterclaim. | Case No. C-03-4518 JW RS <br><br><br><br><br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

It is hereby stipulated and agreed that the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Stipulation for Dismissal with
Prejudice
Case No. C-03-4518 JW RS                  1

| | |
|---|---|
| | McDERMOTT, WILL & EMERY LLP |
| Dated: August 14, 2008 | /s/ Mark H. Churchill |
| | CHRISTOPHER KLIEFOTH |
| | MARK H. CHURCHILL |
| | ERIC S. JOHNSON |
| | 600 13th Street, N.W. |
| | Washington, D.C. 20005-3096 |
| | Telephone: (202) 756-8000 |
| | Facsimile: (202) 756-8087 |
| | |
| | Attorneys for NEAL M. DOUGLAS AND CHRISTINE R. DOUGLAS |
| | |
| | JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| | CYNTHIA STIER |
| | Assistant U.S. Attorney |
| Dated: 9/9/08 | /s/ W. Carl Hankla |
| | W. CARL HANKLA |
| | JOSEPH A. SERGI |
| | GOUD P. MARAGANI |
| | JUSTIN S. KIM |
| | Trial Attorneys, Tax Division |
| | U.S. Department of Justice |
| | P.O. Box 683, Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: (202) 307-6448 |
| | Facsimile : (202) 307-0054 |
| | |
| | Attorneys for Defendant and Plaintiff on Counterclaim UNITED STATES OF AMERICA |

PURSUANT TO THE ABOVE STIPULATION, **IT IS SO ORDERED**.
The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated:    September 12, 2008

_____
JAMES WARE
United States District Judge